SOUTHERN RAILWAY COMPANY *v.* OVERSTREET.

SIMMONS, C. J.   The charge of the court was full, clear, and impartial, and covered the requests to charge, in so far as the same were legal and pertinent. No error of law was committed, and the evidence was sufficient to authorize the verdict.

*Judgment affirmed.   All the Justices concurring, except Lewis, J., absent.*

Submitted May 1,—Decided June 12, 1902.

Action for damages.   Before Judge Parker.   City court of Baxley.   December 16, 1901.

*DeLacy & Bishop,* for plaintiff in error.
*W. W. Bennett* and *E. D. Graham,* contra.

---

FENN *et al. v.* MADDOX *et al.*

LUMPKIN, P. J.   This case falls within the thoroughly established rule that a judgment granting a first new trial will not be disturbed unless it affirmatively appears that the verdict was, under the law applicable, demanded by the evidence.

*Judgment affirmed.   All the Justices concurring, except Lewis, J., absent.*

Submitted May 1,—Decided June 12, 1902.

Appeal.   Before Judge Lumpkin.   Fulton superior court.   September 14, 1901.

*T. L. Bishop,* for plaintiffs in error.   *W. H. Terrell,* contra.